**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: JACKSON, QUENTIN | § | Case No. 10-41149 |
| JACKSON, CHRISTINE G. | § | |
| | § | |
| Debtor(s) BARASSI, CHRISTINE G. | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 14, 2010. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $      132,500.56

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 49,589.23 |
| Bank service fees | 1,516.57 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 16,405.50 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 64,989.26 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/28/2011 and the deadline for filing governmental claims was 03/13/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

Pursuant to 11 U.S.C. § 326(a) the maximum compensation allowable to the trustee is $9,054.75. To the extent that additional documents earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $9,054.75, for a total compensation of $9,054.75.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/11/2013          By: /s/ILENE F. GOLDSTEIN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

**Form 1**

Page: 1

# Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 10-41149 | Trustee: (330290) ILENE F. GOLDSTEIN |
| Case Name: JACKSON, QUENTIN | Filed (f) or Converted (c): 09/14/10 (f) |
| JACKSON, CHRISTINE G. | §341(a) Meeting Date: 10/15/10 |
| Period Ending: 02/11/13 | Claims Bar Date: 01/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 - AdMarital Residence -0221818 Sunshine Lane 01X<br>Orig. Asset Memo: Orig. Description: - AdMarital Residence -0221818 Sunshine Lane 01XZion, Illinois; Imported from original petition Doc# 1 | 170,000.00 | 0.00 | | 0.00 | FA |
| 2 5-75Condominium, er. 42920 Frontenac, nc., vNort<br>Orig. Asset Memo: Orig. Description: 5-75Condominium, er. 42920 Frontenac, nc., vNorth Chicago, Illinois, . 205,000.00; Imported from original petition Doc# 1 | 35,000.00 | 0.00 | | 0.00 | FA |
| 3 Cash on hand<br>Orig. Asset Memo: Orig. Description: Cash on hand; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 200.00 | 0.00 | | 0.00 | FA |
| 4 Deposits of Money (Community Trust Credit Union)<br>Orig. Asset Memo: Orig. Description: Deposits of Money (Community Trust Credit Union) certificates of deposit, or shares in; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 50.00 | 0.00 | | 0.00 | FA |
| 5 Deposits of Money (Associated Bank)<br>Orig. Asset Memo: Orig. Description: Deposits of Money (Associated Bank); Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 200.00 | 0.00 | | 0.00 | FA |
| 6 Deposits of Money (Guaranty Bank) brokerage hous<br>Orig. Asset Memo: Orig. Description: Deposits of Money (Guaranty Bank) brokerage houses, or cooperatives.; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 1,100.00 | 0.00 | | 0.00 | FA |
| 7 Couches, Chairs and Livingroom Furniture video,<br>Orig. Asset Memo: Orig. Description: Couches, Chairs and Livingroom Furniture video, and computer equipment.; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 750.00 | 321.00 | | 0.00 | FA |
| 8 DVD Player, Stereo and Lamps<br>Orig. Asset Memo: Orig. Description: DVD Player, Stereo and Lamps; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 370.00 | 139.00 | | 0.00 | FA |

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-41149  
Case Name: JACKSON, QUENTIN  
JACKSON, CHRISTINE G.  
Period Ending: 02/11/13

Trustee: (330290) ILENE F. GOLDSTEIN  
Filed (f) or Converted (c): 09/14/10 (f)  
§341(a) Meeting Date: 10/15/10  
Claims Bar Date: 01/28/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 9 | Sets, Diningroom Set, Washer and Dryer<br>Orig. Asset Memo: Orig. Description: Sets, Diningroom Set, Washer and Dryer; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 900.00 | 350.00 | | 0.00 | FA |
| 10 | Utensils, Kitchen Table and Chairs<br>Orig. Asset Memo: Orig. Description: Utensils, Kitchen Table and Chairs; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 200.00 | 125.00 | | 0.00 | FA |
| 11 | , InStove, Refrigerator and Dishwasher<br>Orig. Asset Memo: Orig. Description: , InStove, Refrigerator and Dishwasher; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 525.00 | 262.50 | | 0.00 | FA |
| 12 | Wearing Apparel<br>Orig. Asset Memo: Orig. Description: Wearing Apparel; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 300.00 | 0.00 | | 0.00 | FA |
| 13 | Jewelry<br>Orig. Asset Memo: Orig. Description: Jewelry; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 300.00 | 0.00 | | 0.00 | FA |
| 14 | Sports and Hobby Equipment<br>Orig. Asset Memo: Orig. Description: Sports and Hobby Equipment; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 150.00 | 100.00 | | 0.00 | FA |
| 15 | tcyFitness and Exercise Equipment<br>Orig. Asset Memo: Orig. Description: tcyFitness and Exercise Equipment; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 400.00 | 300.00 | | 0.00 | FA |
| 16 | kruDigital Camera and Home Computer<br>Orig. Asset Memo: Orig. Description: kruDigital Camera and Home Computer; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 100.00 | 75.00 | | 0.00 | FA |
| 17 | Lake Forest Hospital 403(b) Plan<br>Orig. Asset Memo: Orig. Description: Lake Forest | 6,500.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 10-41149 | | Trustee: | (330290) | ILENE F. GOLDSTEIN |
|---|---|---|---|---|---|
| Case Name: | JACKSON, QUENTIN | | Filed (f) or Converted (c): | 09/14/10 (f) | |
| | JACKSON, CHRISTINE G. | | §341(a) Meeting Date: | 10/15/10 | |
| Period Ending: | 02/11/13 | | Claims Bar Date: | 01/28/11 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Hospital 403(b) Plan; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | | | | | |
| 18  CTCA 401(k) Plan (Fidelity)<br>Orig. Asset Memo: Orig. Description: CTCA 401(k) Plan (Fidelity); Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 23,500.00 | 0.00 | | 0.00 | FA |
| 19  North Shore 403(b) Plan (ING)<br>Orig. Asset Memo: Orig. Description: North Shore 403(b) Plan (ING); Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 300.00 | 0.00 | | 0.00 | FA |
| 20  Community Health Systems, Inc. Retirement Saving<br>Orig. Asset Memo: Orig. Description: Community Health Systems, Inc. Retirement Savings Plan; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 671.00 | 0.00 | | 0.00 | FA |
| 21  Illinois State 2007 and 2008 Income Tax Refunds<br>Orig. Asset Memo: Orig. Description: Illinois State 2007 and 2008 Income Tax Refunds tax refunds. Give particulars.; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 2,147.00 | 0.00 | | 0.00 | FA |
| 22  VOID DUPLICATE ASSET LISTING<br>Orig. Asset Memo: Orig. Description: Personal Injury Suit (Case No. 09 L 1217) (Jurisdictional nature, including tax refunds, amount in excess of $50,000) Give estimated value of each.; Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | 0.00 |
| 23  Personal Injury Suit (Case No. 09 L 1217) (Juris<br>Orig. Asset Memo: Orig. Description: Personal Injury Suit (Case No. 09 L 1217) (Jurisdictional nature, including tax refunds, amount in excess of $50,000); Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 50,000.00 | 33,594.50 | | 132,500.00 | FA |
| 24  CTCA Stakeholder Incentive Bonus (Value est. at<br>Orig. Asset Memo: Orig. Description: CTCA Stakeholder Incentive Bonus (Value est. at time filing); Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed  (See Footnote) | 5,000.00 | 5,000.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 10-41149 | Trustee: | (330290) ILENE F. GOLDSTEIN |
|---|---|---|---|
| Case Name: | JACKSON, QUENTIN | Filed (f) or Converted (c): | 09/14/10 (f) |
| | JACKSON, CHRISTINE G. | §341(a) Meeting Date: | 10/15/10 |
| Period Ending: | 02/11/13 | Claims Bar Date: | 01/28/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 25 | 2005 Chevrolet Equinox (54,000 miles)<br>  Orig. Asset Memo: Orig. Description: 2005 Chevrolet Equinox (54,000 miles); Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 8,000.00 | 5,600.00 | | 0.00 | FA |
| 26 | 1968 Chevrolet Camero (Not Functional)<br>  Orig. Asset Memo: Orig. Description: 1968 Chevrolet Camero (Not Functional); Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 3,000.00 | 600.00 | | 0.00 | FA |
| 27 | Business Inventory and Equipment (From Former Au<br>  Orig. Asset Memo: Orig. Description: Business Inventory and Equipment (From Former Auto used in business.; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 1,500.00 | 0.00 | | 0.00 | FA |
| 28 | Storage Shed listed. Itemize.<br>  Orig. Asset Memo: Orig. Description: Storage Shed listed. Itemize.; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 500.00 | 500.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.56 | Unknown |
| 29 | Assets    Totals (Excluding unknown values) | $311,663.00 | $46,967.00 | | $132,500.56 | $0.00 |

RE PROP# 24    INCOME NOT PART OF THE eSTATE

**Major Activities Affecting Case Closing:**

  STATUS: THE TRUSTEE IS IN THE PROCESS OF CLOSING THE FILE. THERE IS ONE CLAIM THAT SHE HAS SETTLED THAT IS UP FOR APPROVAL ON FEBRUARY 1, 2013. ONCE THAT IS APPROVED THE TRUSTEE WILL FILE HER FINAL REPORT.
  THE TRUSTEE ANTICIPATES HAVING HER FINAL REPORT ON FILE BY FEBRUARY 28, 2013.

| Initial Projected Date Of Final Report (TFR): | December 31, 2012 | Current Projected Date Of Final Report (TFR): | February 28, 2013 |
|---|---|---|---|

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-41149 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | JACKSON, QUENTIN | | Bank Name: | Rabobank, N.A. |
| | JACKSON, CHRISTINE G. | | Account: | ****769765 - Checking Account |
| Taxpayer ID #: | **-***2852 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 02/11/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/25/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 65,089.10 | | 65,089.10 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 99.84 | 64,989.26 |
| | | | ACCOUNT TOTALS | | 65,089.10 | 99.84 | $64,989.26 |
| | | | Less: Bank Transfers | | 65,089.10 | 0.00 | |
| | | | Subtotal | | 0.00 | 99.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $99.84 | |

{} Asset reference(s)

Printed: 02/11/2013 03:56 PM    V.13.11

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-41149 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | JACKSON, QUENTIN | | Bank Name: | The Bank of New York Mellon |
| | JACKSON, CHRISTINE G. | | Account: | 9200-******80-65 - Checking Account |
| Taxpayer ID #: | **-***2852 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 02/11/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/08/11 | {23} | American Family Insurance Group | PERSONAL INJURY SETTLEMENT | 1129-000 | 82,500.00 | | 82,500.00 |
| 12/10/11 | 1001 | Quentin Jackson | Exemtions | 8100-002 | | 16,405.50 | 66,094.50 |
| 12/10/11 | 1002 | Mithchell, Hoffman & Wolf, L.L.C. | Attorney fees outside Personal Injury counsel | 3210-600 | | 27,500.00 | 38,594.50 |
| 12/10/11 | 1003 | Mitchell Hoffman & Wolf LLC | Expenses Outside Counsel Personal Injury | 3220-610 | | 4,994.74 | 33,599.76 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.28 | | 33,600.04 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 66.19 | 33,533.85 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.28 | | 33,534.13 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 73.30 | 33,460.83 |
| 02/15/12 | 1004 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2012 FOR CASE #10-41149, 2012-2013 Bond Premium | 2300-000 | | 31.76 | 33,429.07 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 66.26 | 33,362.81 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 68.36 | 33,294.45 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 65.95 | 33,228.50 |
| 05/17/12 | {23} | StateFarm Insurance | Settlement of Law Suit | 1129-000 | 50,000.00 | | 83,228.50 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 119.30 | 83,109.20 |
| 06/04/12 | 1005 | Law Office of Mitchell Hoffman & Wolf | Special Counsel Attoneys Fees | 3210-600 | | 16,666.66 | 66,442.54 |
| 06/04/12 | 1006 | Law Offices of Mitchell Hoffman & Wolf | Special Counsel Expenses | 3220-610 | | 396.07 | 66,046.47 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 137.82 | 65,908.65 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 144.06 | 65,764.59 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 139.25 | 65,625.34 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 125.51 | 65,499.83 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 147.64 | 65,352.19 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 133.91 | 65,218.28 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 129.18 | 65,089.10 |
| 01/24/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033029088 20130124 | 9999-000 | | 65,089.10 | 0.00 |

|  | | |
|---|---|---|
| ACCOUNT TOTALS | 132,500.56 | 132,500.56 | $0.00 |
| Less: Bank Transfers | 0.00 | 65,089.10 | |
| Subtotal | 132,500.56 | 67,411.46 | |
| Less: Payments to Debtors | | 16,405.50 | |
| NET Receipts / Disbursements | $132,500.56 | $51,005.96 | |

{} Asset reference(s)

Printed: 02/11/2013 03:56 PM V.13.11

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 10-41149 | Trustee: | ILENE F. GOLDSTEIN (330290) |
| --- | --- | --- | --- |
| Case Name: | JACKSON, QUENTIN<br>JACKSON, CHRISTINE G. | Bank Name:<br>Account: | The Bank of New York Mellon<br>9200-******80-65 - Checking Account |
| Taxpayer ID #: | **-***2852 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 02/11/13 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

```
           Net Receipts :      132,500.56
     Less Payments to Debtor :  16,405.50
                                _____
             Net Estate :      $116,095.06
```

| | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ****769765 | 0.00 | 99.84 | 64,989.26 |
| Checking # 9200-******80-65 | 132,500.56 | 51,005.96 | 0.00 |
| | $132,500.56 | $51,105.80 | $64,989.26 |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 02/11/2013 03:56 PM　V.13.11

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-41149
Case Name: JACKSON, QUENTIN
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:** $ 64,989.26

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | Fifth Third Bank | 8,658.65 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 64,989.26

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 9,054.75 | 0.00 | 9,054.75 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 10,972.50 | 0.00 | 11,398.10 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 425.60 | 0.00 | 425.60 |

Total to be paid for chapter 7 administration expenses: $ 20,878.45
Remaining balance: $ 44,110.81

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 44,110.81

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 44,110.81 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 126,993.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 11,625.06 | 0.00 | 4,037.95 |
| 2 | Community Trust Credit Union | 4,494.21 | 0.00 | 1,561.05 |
| 3 | C/O SALLIE MAE, Inc. | 16,302.42 | 0.00 | 5,662.61 |
| 4 | GE Money Bank | 2,661.20 | 0.00 | 924.36 |
| 5 | GE Money Bank | 871.02 | 0.00 | 302.55 |
| 6 | American Express Travel Related Services | 2,420.49 | 0.00 | 840.75 |
| 7 | Fia Card Services, NA/Bank of America | 17,902.02 | 0.00 | 6,218.23 |
| 9 | ACS Recovery Services | 70,716.75 | 0.00 | 24,563.31 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 44,110.81 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**