**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | | |
|---|---|---|---|
| In re: | JACKSON, QUENTIN | § | Case No. 10-41149 |
| | JACKSON, CHRISTINE G. | § | |
| | | § | |
| Debtor(s) | BARASSI, CHRISTINE G. | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at on **03/15/2013 at 1:30 pm at the North Branch Court (Round Lake Beach) at 1792 Nicole Lane , Round Lake Beach, Illinois 60073**.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 02/11/2013     By:    /s/ Ilene F. Goldstein
                                                          Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL 60035
(847) 926-9595

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                              Case No. 10-41149-ABG
Quentin Jackson
Christine G. Jackson                                                Chapter 7
          Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: cgreen                 Page 1 of 3                    Date Rcvd: Feb 19, 2013
                              Form ID: pdf006              Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2013.
db/jdb        +Quentin Jackson,    Christine G. Jackson,    1818 Sunshine Lane,    Zion, IL 60099-9247
18551416      +ACS Recovery Services,    P.O. Box 4003,    Schaumburg, Illinois 60168-4003
16133125      +American Express,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
16133126      +American Express,    P. O. Box 297871,    Fort Lauderdale, FL 33329-7871
16690606       American Express Travel Related Services,    Co, Inc Corp Card,     c o Becket and Lee LLP,
                POB 3001,    Malvern, PA 19355-0701
16133128      +American Home Mtg Svc,    P. O. Box 631730,    Irving, TX 75063-0002
16133129      +Associated Bank Corp,    1305 Main Street,    Stevens Point, WI 54481-2898
16133130      +BAC Home Loan Servicing,    7105 Corporate Drive,    Plano, TX 75024-4100
16133131      +Bank of America,    c/o Firstsource Advantage,    205 Bryant Woods South,    Amherst, NY 14228-3609
16133133      +Chela,   Attn: Bankruptcy,    P. O. Box 9500,    Wilkes-Barre, PA 18773-9500
16133134      +Childrens Memorial Med Grp,    c/o Van Ru Credit Corp.,    1350 E. Touhy Ave., #100E,
                Des Plaines, IL 60018-3337
16133136      +City of Zion,    c/o RMI/MCSI,    210 Sylvan Ave,    Englewood, NJ 07632-2524
16133135      +City of Zion,    c/o RMI/ MCSI,    3348 Ridge Road,    Lansing, IL 60438-3112
16133137      +Community Trust Credit Union,    1313 North Skokie Highway,    Gurnee, IL 60031-2147
16133141       DS Waters of North America,    c/o Collection Bureau of America,    P. O. Box 5013,
                Hayward, CA 94540-5013
16133138      +Deutsche Bank National Tr. Co.,    c/o Codilis & Associates, P.C.,    15W030 N. Frontage Rd., #100,
                Burr Ridge, IL 60527-6921
16133142     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,     5050 Kingsley Drive,    Cincinnati, OH 45263)
16133143      +Fifth Third Bank,    c/o Bankrupcy Dept,    1850 East Paris,    Grand Rapids, MI 49546-6210
16718645      +Fifth Third Bank,    P.O. Box 829009,    Dallas, TX 75382-9009
16133144      +First Data Merchant Serv.,    5251 Westheimer Road,    6th Floor,    Houston, TX 77056-5416
16133147      +GEMB/Steinhafel's,    c/o Allied Interstate,    3000 Corporate Exchange Dr.,
                Columbus, OH 43231-7689
16133148       GEMB/Steinhafel's,    c/o Encore Receivable,    P. O. Box 3330,    Olathe, KS 66063-3330
16133150      +GMAC Mortgage,    P. O. Box 4622,    Waterloo, IA 50704-4622
16133151      +Home Comings Financial,    Attention: Bankruptcy Dept,    1100 Virginia Drive,
                Fort Washington, PA 19034-3204
16133154      +Kane County,    c/o Allied Credit/Alliance One,    P. O. Box 2449,    Gig Harbor, WA 98335-4449
16133153      +Kane County,    c/o Alliance One,    6565 Kimball Drive,    Gig Harbor, WA 98335-1200
19927212       Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
                Miami, FL 33131-1605
16133155      +Newport Fire,    P. O. Box 457,    Wheeling, IL 60090-0457
16133158      +US Cellular Chicago,    c/o Valentine & Kebartas,    P. O. Box 325,    Lawrence, MA 01842-0625
16133159       Vonage,   c/o Penn Credit Corporation,    P. O. Box 988,    Harrisburg, PA 17108-0988
16133161     ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
               (address filed with court: Wachovia Dealer Services,     P. O. Box 1697,    Winterville, NC 28590)
16133160      +Wachovia Dealer Services,    c/o Kenneth B. Drost, P.C.,    111 Lions Drive, #206,
                Barrington, IL 60010-3175

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16553459      +E-mail/PDF: pa_dc_claims@salliemae.com Feb 20 2013 04:59:34      C/O SALLIE MAE, Inc.,
                220 LASLEY AVE.,    WILKES BARRE, PA 18706-1496
16133139       E-mail/PDF: mrdiscen@discoverfinancial.com Feb 20 2013 04:32:53      Discover Financial,
                P. O. Box 15316,    Wilmington, DE 19850
16369584       E-mail/PDF: mrdiscen@discoverfinancial.com Feb 20 2013 04:32:53      Discover Bank,
                Dfs Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
16133140      +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 20 2013 04:32:53      Discover Financial,
                Attn: Bankruptcy Dept,    P. O. Box 3025,    New Albany, OH 43054-3025
16716080       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 20 2013 04:34:27
                Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                Oklahoma City, OK 73124-8809
16688657       E-mail/PDF: rmscedi@recoverycorp.com Feb 20 2013 04:30:09      GE Money Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16133146       E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2013 04:29:13      GEMB/JC Penney,    P. O. Box 981131,
                El Paso, TX 79998-1131
16133145      +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2013 04:33:46      GEMB/JC Penney,
                Attention: Bankruptcy,    P. O. Box 103104,    Roswell, GA 30076-9104
16133149      +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2013 04:33:46      GEMB/Steinhafels,
                P. O. Box 981439,    El Paso, TX 79998-1439
16133152       E-mail/Text: bkynotice@harvardcollect.com Feb 20 2013 04:37:32      Illinois Department of Revenue,
                c/o Harvard Collection Services,    4839 N. Elston Avenue,    Chicago, IL 60630-2534
19927214       E-mail/PDF: rmscedi@recoverycorp.com Feb 20 2013 04:32:41
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
16133127       E-mail/PDF: cbp@slfs.com Feb 20 2013 04:59:24      American General Finance,    P. O. Box 627,
                Waukegan, IL 60079
16133156      +E-mail/PDF: pa_dc_claims@salliemae.com Feb 20 2013 04:55:13      Sallie Mae,    P. O. Box 9500,
                Wilkes Barre, PA 18773-9500
```

```
District/off: 0752-1           User: cgreen              Page 2 of 3                   Date Rcvd: Feb 19, 2013
                               Form ID: pdf006          Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
16133157    +E-mail/Text: ndaily@ksnlaw.com Feb 20 2013 04:40:59     Strawberry One North Chicago,
              c/o Kovitz Shifrin Nesbit,   750 W. Lake Cook Road, #350,   Buffalo Grove, IL 60089-2088
                                                                                        TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16133162*   ++WACHOVIA DEALER SERVICES INC,   BK DEPARTMENT,   PO BOX 19657,   IRVINE CA 92623-9657
              (address filed with court: Wachovia Dealer Services,   P. O. Box 19657,   Irvine, CA 92623)
16133132    ##+Bank of America,   P. O. Box 17054,   Wilmington, DE 19850-7054
                                                                              TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 21, 2013**                      **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: cgreen              Page 3 of 3                  Date Rcvd: Feb 19, 2013
                               Form ID: pdf006          Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2013 at the address(es) listed below:

        Ilene F Goldstein    on behalf of Trustee Ilene F Goldstein, ESQ ifgolds@aol.com,   il35@ecfcbis.com
        Ilene F Goldstein, ESQ    on behalf of Trustee Ilene F Goldstein, ESQ ifgolds@aol.com,    IL35@ecfcbis.com
        Ilene F Goldstein, ESQ    ifgcourt@aol.com,   IL35@ecfcbis.com
        James T Magee    on behalf of Debtor Quentin  Jackson bankruptcy@mageenegele.com
        James T Magee    on behalf of Joint Debtor Christine G. Jackson bankruptcy@mageenegele.com
        Kenneth B Drost    on behalf of Creditor   Wells Fargo Dealer Services, Inc., f/k/a Wachovia    Dealer Services, Inc. kdrost@kbdpc.com,   rsmith@kbdpc.com
        Laura A. Hrisko    on behalf of Creditor   American General Financial Services, Inc.    Laura.Hrisko@slfs.com,   lrisko@aol.com
        Maria  Georgopoulos    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee on    behalf of the Certificateholders for Ameriquest Mortgage Securities Inc. Series 2002-B,    Asset-Backed Certificates nd-three@il.cslegal.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                                                                                                                                                                                                         TOTAL: 9