**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re:  JACKSON, QUENTIN                        §    Case No. 10-41149
       JACKSON, CHRISTINE G.                  §
                                               §
Debtor(s) BARASSI, CHRISTINE G.                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $261,663.00 *(without deducting any secured claims)* | Assets Exempt:  $59,696.00 |
| Total Distribution to Claimants: $45,851.41 | Claims Discharged Without Payment: $81,141.76 |
| Total Expenses of Administration: $70,243.65 | |

    3)  Total gross receipts of $ 132,500.56 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 16,405.50 (see **Exhibit 2**), yielded net receipts of $116,095.06 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $8,658.65 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 71,558.65 | 70,243.65 | 70,243.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 126,993.17 | 126,993.17 | 45,851.41 |
| **TOTAL DISBURSEMENTS** | $0.00 | $207,210.47 | $197,236.82 | $116,095.06 |

    4) This case was originally filed under Chapter 7 on September 14, 2010. The case was pending for 36 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/28/2013         By: /s/ILENE F. GOLDSTEIN
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Suit (Case No. 09 L 1217) (Juris | 1129-000 | 132,500.00 |
| Interest Income | 1270-000 | 0.56 |
| **TOTAL GROSS RECEIPTS** | | **$132,500.56** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Quentin Jackson | Exemtions | 8100-002 | 16,405.50 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$16,405.50** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Fifth Third Bank | 4110-000 | N/A | 8,658.65 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$8,658.65** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 9,054.75 | 9,054.75 | 9,054.75 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 10,972.50 | 9,657.50 | 9,657.50 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 425.60 | 425.60 | 425.60 |
| Mithchell, Hoffman & Wolf, L.L.C. | 3210-600 | N/A | 27,500.00 | 27,500.00 | 27,500.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | | Scheduled | Asserted | Paid |
|---|---|---|---|---|---|
| Mitchell Hoffman & Wolf LLC | 3220-610 | N/A | 4,994.74 | 4,994.74 | 4,994.74 |
| The Bank of New York Mellon | 2600-000 | N/A | 66.19 | 66.19 | 66.19 |
| The Bank of New York Mellon | 2600-000 | N/A | 73.30 | 73.30 | 73.30 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 31.76 | 31.76 | 31.76 |
| The Bank of New York Mellon | 2600-000 | N/A | 66.26 | 66.26 | 66.26 |
| The Bank of New York Mellon | 2600-000 | N/A | 68.36 | 68.36 | 68.36 |
| The Bank of New York Mellon | 2600-000 | N/A | 65.95 | 65.95 | 65.95 |
| The Bank of New York Mellon | 2600-000 | N/A | 119.30 | 119.30 | 119.30 |
| Law Office of Mitchell Hoffman & Wolf | 3210-600 | N/A | 16,666.66 | 16,666.66 | 16,666.66 |
| Law Offices of Mitchell Hoffman & Wolf | 3220-610 | N/A | 396.07 | 396.07 | 396.07 |
| The Bank of New York Mellon | 2600-000 | N/A | 137.82 | 137.82 | 137.82 |
| The Bank of New York Mellon | 2600-000 | N/A | 144.06 | 144.06 | 144.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 139.25 | 139.25 | 139.25 |
| The Bank of New York Mellon | 2600-000 | N/A | 125.51 | 125.51 | 125.51 |
| The Bank of New York Mellon | 2600-000 | N/A | 147.64 | 147.64 | 147.64 |
| The Bank of New York Mellon | 2600-000 | N/A | 133.91 | 133.91 | 133.91 |
| The Bank of New York Mellon | 2600-000 | N/A | 129.18 | 129.18 | 129.18 |
| Rabobank, N.A. | 2600-000 | N/A | 99.84 | 99.84 | 99.84 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$71,558.65** | **$70,243.65** | **$70,243.65** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 11,625.06 | 11,625.06 | 4,197.28 |
| 2 | Community Trust Credit Union | 7100-000 | N/A | 4,494.21 | 4,494.21 | 1,622.65 |
| 3 | C/O SALLIE MAE, Inc. | 7100-000 | N/A | 16,302.42 | 16,302.42 | 5,886.05 |
| 4 | GE Money Bank | 7100-000 | N/A | 2,661.20 | 2,661.20 | 960.84 |
| 5 | GE Money Bank | 7100-000 | N/A | 871.02 | 871.02 | 314.49 |
| 6 | American Express Travel Related Services | 7100-000 | N/A | 2,420.49 | 2,420.49 | 873.93 |
| 7 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 17,902.02 | 17,902.02 | 6,463.60 |
| 9 | ACS Recovery Services | 7100-000 | N/A | 70,716.75 | 70,716.75 | 25,532.57 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $126,993.17 | $126,993.17 | $45,851.41 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-41149  
**Case Name:** JACKSON, QUENTIN  
JACKSON, CHRISTINE G.  
**Period Ending:** 08/28/13

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 09/14/10 (f)  
**§341(a) Meeting Date:** 10/15/10  
**Claims Bar Date:** 01/28/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 - AdMarital Residence -0221818 Sunshine Lane 01X  Orig. Asset Memo: Orig. Description: - AdMarital Residence -0221818 Sunshine Lane 01XZion, Illinois; Imported from original petition Doc# 1 | 170,000.00 | 0.00 | | 0.00 | FA |
| 2  5-75Condominium, er. 42920 Frontenac, nc., vNort  Orig. Asset Memo: Orig. Description: 5-75Condominium, er. 42920 Frontenac, nc., vNorth Chicago, Illinois, . 205,000.00; Imported from original petition Doc# 1 | 35,000.00 | 0.00 | | 0.00 | FA |
| 3  Cash on hand  Orig. Asset Memo: Orig. Description: Cash on hand; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 200.00 | 0.00 | | 0.00 | FA |
| 4  Deposits of Money (Community Trust Credit Union)  Orig. Asset Memo: Orig. Description: Deposits of Money (Community Trust Credit Union) certificates of deposit, or shares in; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 50.00 | 0.00 | | 0.00 | FA |
| 5  Deposits of Money (Associated Bank)  Orig. Asset Memo: Orig. Description: Deposits of Money (Associated Bank); Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 200.00 | 0.00 | | 0.00 | FA |
| 6  Deposits of Money (Guaranty Bank) brokerage hous  Orig. Asset Memo: Orig. Description: Deposits of Money (Guaranty Bank) brokerage houses, or cooperatives.; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 1,100.00 | 0.00 | | 0.00 | FA |
| 7  Couches, Chairs and Livingroom Furniture video,  Orig. Asset Memo: Orig. Description: Couches, Chairs and Livingroom Furniture video, and computer equipment.; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 750.00 | 321.00 | | 0.00 | FA |
| 8  DVD Player, Stereo and Lamps  Orig. Asset Memo: Orig. Description: DVD Player, | 370.00 | 139.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-41149  
**Case Name:** JACKSON, QUENTIN  
  JACKSON, CHRISTINE G.  
**Period Ending:** 08/28/13

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 09/14/10 (f)  
**§341(a) Meeting Date:** 10/15/10  
**Claims Bar Date:** 01/28/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Stereo and Lamps; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | | | | | |
| 9 Sets, Diningroom Set, Washer and Dryer<br>Orig. Asset Memo: Orig. Description: Sets, Diningroom Set, Washer and Dryer; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 900.00 | 350.00 | | 0.00 | FA |
| 10 Utensils, Kitchen Table and Chairs<br>Orig. Asset Memo: Orig. Description: Utensils, Kitchen Table and Chairs; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 200.00 | 125.00 | | 0.00 | FA |
| 11 , InStove, Refrigerator and Dishwasher<br>Orig. Asset Memo: Orig. Description: , InStove, Refrigerator and Dishwasher; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 525.00 | 262.50 | | 0.00 | FA |
| 12 Wearing Apparel<br>Orig. Asset Memo: Orig. Description: Wearing Apparel; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 300.00 | 0.00 | | 0.00 | FA |
| 13 Jewelry<br>Orig. Asset Memo: Orig. Description: Jewelry; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 300.00 | 0.00 | | 0.00 | FA |
| 14 Sports and Hobby Equipment<br>Orig. Asset Memo: Orig. Description: Sports and Hobby Equipment; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 150.00 | 100.00 | | 0.00 | FA |
| 15 tcyFitness and Exercise Equipment<br>Orig. Asset Memo: Orig. Description: tcyFitness and Exercise Equipment; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 400.00 | 300.00 | | 0.00 | FA |
| 16 kruDigital Camera and Home Computer<br>Orig. Asset Memo: Orig. Description: kruDigital | 100.00 | 75.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-41149  
**Case Name:** JACKSON, QUENTIN  
JACKSON, CHRISTINE G.  
**Period Ending:** 08/28/13

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 09/14/10 (f)  
**§341(a) Meeting Date:** 10/15/10  
**Claims Bar Date:** 01/28/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| | Camera and Home Computer; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | | | | | |
| 17 | Lake Forest Hospital 403(b) Plan<br>Orig. Asset Memo: Orig. Description: Lake Forest Hospital 403(b) Plan; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 6,500.00 | 0.00 | | 0.00 | FA |
| 18 | CTCA 401(k) Plan (Fidelity)<br>Orig. Asset Memo: Orig. Description: CTCA 401(k) Plan (Fidelity); Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 23,500.00 | 0.00 | | 0.00 | FA |
| 19 | North Shore 403(b) Plan (ING)<br>Orig. Asset Memo: Orig. Description: North Shore 403(b) Plan (ING); Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 300.00 | 0.00 | | 0.00 | FA |
| 20 | Community Health Systems, Inc. Retirement Saving<br>Orig. Asset Memo: Orig. Description: Community Health Systems, Inc. Retirement Savings Plan; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 671.00 | 0.00 | | 0.00 | FA |
| 21 | Illinois State 2007 and 2008 Income Tax Refunds<br>Orig. Asset Memo: Orig. Description: Illinois State 2007 and 2008 Income Tax Refunds tax refunds. Give particulars.; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 2,147.00 | 0.00 | | 0.00 | FA |
| 22 | VOID DUPLICATE ASSET LISTING<br>Orig. Asset Memo: Orig. Description: Personal Injury Suit (Case No. 09 L 1217) (Jurisdictional nature, including tax refunds, amount in excess of $50,000) Give estimated value of each.; Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | 0.00 |
| 23 | Personal Injury Suit (Case No. 09 L 1217) (Juris<br>Orig. Asset Memo: Orig. Description: Personal Injury Suit (Case No. 09 L 1217) (Jurisdictional nature, including tax refunds, amount in excess of $50,000); | 50,000.00 | 33,594.50 | | 132,500.00 | FA |

Exhibit 8

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-41149  
**Case Name:** JACKSON, QUENTIN  
JACKSON, CHRISTINE G.  
**Period Ending:** 08/28/13

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 09/14/10 (f)  
**§341(a) Meeting Date:** 10/15/10  
**Claims Bar Date:** 01/28/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | | | | | |
| 24 | CTCA Stakeholder Incentive Bonus (Value est. at Orig. Asset Memo: Orig. Description: CTCA Stakeholder Incentive Bonus (Value est. at time filing); Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed  (See Footnote) | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 25 | 2005 Chevrolet Equinox (54,000 miles) Orig. Asset Memo: Orig. Description: 2005 Chevrolet Equinox (54,000 miles); Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 8,000.00 | 5,600.00 | | 0.00 | FA |
| 26 | 1968 Chevrolet Camero (Not Functional) Orig. Asset Memo: Orig. Description: 1968 Chevrolet Camero (Not Functional); Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 3,000.00 | 600.00 | | 0.00 | FA |
| 27 | Business Inventory and Equipment (From Former Au Orig. Asset Memo: Orig. Description: Business Inventory and Equipment (From Former Auto used in business.; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 1,500.00 | 0.00 | | 0.00 | FA |
| 28 | Storage Shed listed. Itemize. Orig. Asset Memo: Orig. Description: Storage Shed listed. Itemize.; Imported from Amended Doc#: 22; Original asset description: ruptcStorage Shed | 500.00 | 500.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.56 | FA |
| 29 | Assets   Totals (Excluding unknown values) | $311,663.00 | $46,967.00 | | $132,500.56 | $0.00 |

RE PROP# 24   INCOME NOT PART OF THE eSTATE

**Major Activities Affecting Case Closing:**

STATUS:  THE TRUSTEE IS IN THE PROCESS OF CLOSING THE FILE.  THERE IS ONE CLAIM THAT SHE HAS SETTLED THAT IS UP FOR APPROVAL ON FEBRUARY 1, 2013.  ONCE THAT IS APPROVED THE TRUSTEE WILL FILE HER FINAL REPORT.

THE TRUSTEE ANTICIPATES HAVING HER FINAL REPORT ON FILE BY FEBRUARY 28, 2013.

Printed: 08/28/2013 01:36 PM    V.13.13

Exhibit 8

Page: 5

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-41149  
**Case Name:** JACKSON, QUENTIN  
JACKSON, CHRISTINE G.  
**Period Ending:** 08/28/13  

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 09/14/10 (f)  
**§341(a) Meeting Date:** 10/15/10  
**Claims Bar Date:** 01/28/11  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012    **Current Projected Date Of Final Report (TFR):**   February 8, 2013  (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-41149 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | JACKSON, QUENTIN | | Bank Name: | The Bank of New York Mellon |
| | JACKSON, CHRISTINE G. | | Account: | 9200-******80-65 - Checking Account |
| Taxpayer ID #: | **-***2852 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/28/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/08/11 | {23} | American Family Insurance Group | PERSONAL INJURY SETTLEMENT | 1129-000 | 82,500.00 | | 82,500.00 |
| 12/10/11 | 1001 | Quentin Jackson | Exemtions | 8100-002 | | 16,405.50 | 66,094.50 |
| 12/10/11 | 1002 | Mithchell, Hoffman & Wolf, L.L.C. | Attorney fees outside Personal Injury counsel | 3210-600 | | 27,500.00 | 38,594.50 |
| 12/10/11 | 1003 | Mitchell Hoffman & Wolf LLC | Expenses Outside Counsel Personal Injury | 3220-610 | | 4,994.74 | 33,599.76 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.28 | | 33,600.04 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 66.19 | 33,533.85 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.28 | | 33,534.13 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 73.30 | 33,460.83 |
| 02/15/12 | 1004 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2012 FOR CASE #10-41149, 2012-2013 Bond Premium | 2300-000 | | 31.76 | 33,429.07 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 66.26 | 33,362.81 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 68.36 | 33,294.45 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 65.95 | 33,228.50 |
| 05/17/12 | {23} | StateFarm Insurance | Settlement of Law Suit | 1129-000 | 50,000.00 | | 83,228.50 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 119.30 | 83,109.20 |
| 06/04/12 | 1005 | Law Office of Mitchell Hoffman & Wolf | Special Counsel Attoneys Fees | 3210-600 | | 16,666.66 | 66,442.54 |
| 06/04/12 | 1006 | Law Offices of Mitchell Hoffman & Wolf | Special Counsel Expenses | 3220-610 | | 396.07 | 66,046.47 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 137.82 | 65,908.65 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 144.06 | 65,764.59 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 139.25 | 65,625.34 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 125.51 | 65,499.83 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 147.64 | 65,352.19 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 133.91 | 65,218.28 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 129.18 | 65,089.10 |
| 01/24/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033029088 20130124 | 9999-000 | | 65,089.10 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 132,500.56 | 132,500.56 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 65,089.10 | |
| | | | **Subtotal** | | 132,500.56 | 67,411.46 | |
| | | | Less: Payments to Debtors | | | 16,405.50 | |
| | | | **NET Receipts / Disbursements** | | **$132,500.56** | **$51,005.96** | |

{} Asset reference(s)

Printed: 08/28/2013 01:36 PM   V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-41149  
**Case Name:** JACKSON, QUENTIN  
JACKSON, CHRISTINE G.  
**Taxpayer ID #:** **-***2852  
**Period Ending:** 08/28/13

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****769765 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/25/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 65,089.10 | | 65,089.10 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.84 | 64,989.26 |
| 03/20/13 | 11007 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $9,054.75, Trustee Compensation; Reference: | 2100-000 | | 9,054.75 | 55,934.51 |
| 03/20/13 | 11008 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $9,657.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 9,657.50 | 46,277.01 |
| 03/20/13 | 11009 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $425.60, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 425.60 | 45,851.41 |
| 03/20/13 | 11010 | Discover Bank | Dividend paid 36.10% on $11,625.06; Claim# 1; Filed: $11,625.06; Reference: | 7100-000 | | 4,197.28 | 41,654.13 |
| 03/20/13 | 11011 | Community Trust Credit Union | Dividend paid 36.10% on $4,494.21; Claim# 2; Filed: $4,494.21; Reference: | 7100-000 | | 1,622.65 | 40,031.48 |
| 03/20/13 | 11012 | C/O SALLIE MAE, Inc. | Dividend paid 36.10% on $16,302.42; Claim# 3; Filed: $16,302.42; Reference: | 7100-000 | | 5,886.05 | 34,145.43 |
| 03/20/13 | 11013 | GE Money Bank | Dividend paid 36.10% on $2,661.20; Claim# 4; Filed: $2,661.20; Reference: | 7100-000 | | 960.84 | 33,184.59 |
| 03/20/13 | 11014 | GE Money Bank | Dividend paid 36.10% on $871.02; Claim# 5; Filed: $871.02; Reference: | 7100-000 | | 314.49 | 32,870.10 |
| 03/20/13 | 11015 | American Express Travel Related Services | Dividend paid 36.10% on $2,420.49; Claim# 6; Filed: $2,420.49; Reference: | 7100-000 | | 873.93 | 31,996.17 |
| 03/20/13 | 11016 | Fia Card Services, NA/Bank of America | Dividend paid 36.10% on $17,902.02; Claim# 7; Filed: $17,902.02; Reference: | 7100-000 | | 6,463.60 | 25,532.57 |
| 03/20/13 | 11017 | ACS Recovery Services | Dividend paid 36.10% on $70,716.75; Claim# 9; Filed: $70,716.75; Reference: | 7100-000 | | 25,532.57 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 65,089.10 | 65,089.10 | $0.00 |
| | | | Less: Bank Transfers | | 65,089.10 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 65,089.10 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$65,089.10** | |

{} Asset reference(s) 

Printed: 08/28/2013 01:36 PM    V.13.13

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-41149 | **Trustee:** ILENE F. GOLDSTEIN (330290) |
| **Case Name:** JACKSON, QUENTIN | **Bank Name:** Rabobank, N.A. |
| JACKSON, CHRISTINE G. | **Account:** ****769765 - Checking Account |
| **Taxpayer ID #:** **-***2852 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 08/28/13 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

|  |  |  |
|---|---|---|
| Net Receipts : | 132,500.56 |
| Less Payments to Debtor : | 16,405.50 |
| Net Estate : | $116,095.06 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******80-65** | 132,500.56 | 51,005.96 | 0.00 |
| **Checking # ****769765** | 0.00 | 65,089.10 | 0.00 |
| | $132,500.56 | $116,095.06 | $0.00 |

{} Asset reference(s)                                                              Printed: 08/28/2013 01:36 PM    V.13.13